DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

### 27 MARCH 2003

| | | | |
|---|---|---|---|
| No. 051P03<br><br>Case below:<br><br>154 N.C. App. 727 | State v. Safrit | Def's PDR Under N.C.G.S. § 7A-31 (COA02-304) | Denied |
| No. 631P02<br><br>Case below:<br><br>153 N.C. 581 | State v. Strickland | Def's PWC (COA01-1449) | Denied |
| No. 110P03<br><br>Case below:<br><br>148 N.C. App. 217 | State v. Stubbs | Def's PWC Review the Decision of the COA (COA01-259) | Denied |
| No. 106P03<br><br>Case below:<br><br>155 N.C. App. 251 | State v. Taylor | Def's PWC to Review the Decision of the COA (COA01-942) | Denied |
| No. 080P03<br><br>Case below:<br><br>155 N.C. App. 223 | State v. Thomas | Def's PDR Under N.C.G.S. § 7A-31 (COA01-1310) | Denied |
| No. 113PA03<br><br>Case below:<br><br>156 N.C. App. 53 | State v. Tucker | 1. AG's Petition for Writ of Supersedeas<br><br>2. AG's PDR Under N.C.G.S. § 7A-31 (COA02-156) | 1. Allowed<br><br>2. Allowed |
| No. 031P03<br><br>Case below:<br><br>154 N.C. App. 743 | State v. Wiggins | 1. Def's NOA Based Upon a Constitutional Question (COA02-148)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. AG's Motion to Dismiss Appeal | 1. —<br><br>2. Denied<br><br>3. Allowed |